TREVOR CLAYTON-JONES and Another v. WILLIAM J. PAYNE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HELEN ASHERMAN v. THOMAS J. BRADY and Another.— Motion to dismiss appeal denied. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of FLORENCE M. EAKINS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THE COMMISSIONER OF PUBLIC CHARITIES, on Complaint of BEATRICE TRIMASCHI, v. CARMELLO D'ARRIGO.— Motion to dismiss appeal granted. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

IRMA K. RECKEFUS v. SAMUEL SCOTT RECKEFUS.— Motion to dismiss appeal denied, with leave to renew after determination of the motion now pending made by defendant for dismissal of the complaint. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HENRY KORN v. SAMUEL MATISHEFF, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

ALD REALTY COMPANY v. ISADORE FELL and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

HERMAN ISAAK v. UNION INDEMNITY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

KESBEC SALES COMPANY v. FLATO Co., INC., and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

LORIN W. ZELTNER and Others v. " JOHN " SANTORA and All Persons Occupying the Premises, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

LOUIS FIRSTENBERG v. NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. — Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

THOMAS DUNFORTH v. SAMUEL BRILL and Others.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

In the Matter of HANNAH BLUMENTHAL, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

WILLIAM JAY SCHIEFFELIN v. JOHN A. DOLAN and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.

NADRA K. MOUTRON v. JAMES P. CAREY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Page, Finch and McAvoy, JJ.